IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:17-CV-2805-K |
| ZTE CORPORATION, *et al.*, | § § | |
| Defendants. | § § | |

# ORDER

Before the Court is the parties' Joint Motion to Sever and Stay Claims Against the Carrier Defendants (Doc. No. 77). The Court has carefully considered the motions, the arguments presented therein, and the applicable law. The Court **GRANTS** the motion. Plaintiff's claims against Defendants AT&T Mobility LLC, Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. are hereby **severed and stayed**.

**SO ORDERED.**

Signed March 15th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE