IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>     Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ET AL.,<br><br>     Defendants. | CIVIL ACTION NO. 3:17-cv-2805-K<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant ZTE (USA), Inc. ("ZTE") notify the Court that they have reached an agreement in principle that resolves claims between them in the above-captioned litigation. In furtherance of their agreement, CCE and ZTE expect to move to dismiss constituent Civil Action No. 3:17-cv-2805 in the next thirty (30) days. Thus, the parties respectfully ask that the Court stay all proceedings and deadlines while the parties memorialize their settlement and move to dismiss and that the Court enter the attendant proposed Order Staying Proceedings, accordingly.

**Dated:  August 21, 2018**                                         **Respectfully submitted,**

| | |
|---|---|
| */s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>ed@nbafirm.com<br>Texas State Bar No. 00797142<br>Ryan P. Griffin<br>ryan@ nbafirm.com<br>Texas State Bar No. 24053687<br>Thomas C. Cecil | */s/ Keana Taylor*<br>Everett Upshaw<br>State Bar No. 24025690<br>everettupshaw@everettupshaw.com<br>Keana Taylor<br>State Bar No. 24042013<br>keanataylor@upshawpllc.com<br>UPSHAW PLLC |

| | |
|---|---|
| tom@ nbafirm.com<br>Texas State Bar No. 24069489<br>Christopher G. Granaghan<br>chris@nbafirm.com<br>Texas State Bar No. 24078585<br>NELSON BUMGARDNER ALBRITTON P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone:  (817) 377-9111<br>Fax:  (817) 377-3485<br><br>**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC** | 1204 Gano Street<br>Dallas, Texas 75215<br>P: (972) 920-8000<br>F: (972) 920-8001<br><br>Nicole S. Cunningham<br>CA State Bar No. 234390<br>Steve A. Moore<br>CA State Bar No. 232114<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>(619) 544-3119<br>(619) 236-1995 (fax)<br>Nicole.Cunningham@PillsburyLaw.com<br>Steve.Moore@PillsburyLaw.com<br><br>Brian C. Nash (TX Bar No. 24051103)<br>brian.nash@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITMAN LLP<br>401 Congress Avenue, Suite 1700<br>Austin, TX 78701-3797<br>Phone: (512) 580-9609<br>Fax: (512) 580-9601<br><br>**ATTORNEYS FOR DEFENDANT ZTE (USA) INC.** |

**CERTIFICATE OF SERVICE**

On August 21, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Edward R. Nelson III*

**CERTIFICATE OF CONFERENCE**

The parties met and conferred about the relief requested in this motion via e-mail and phone on August 20 and 21, 2018.  The parties agreed to the relief requested in this motion, and therefore agreed to file this motion jointly.  The motion is consequently unopposed.

*/s/ Edward R. Nelson III*