IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | 3:17-CV-2805-K |
| ZTE CORPORATION, | § § § | |
| Defendant. | § | |

## ORDER GRANTING STAY AND ADMINISTRATIVELY CLOSING CASE

Before the Court is the Parties' Joint Notice of Settlement and Motion to Stay, filed on August 21, 2018. The Motion is **GRANTED** and this case is hereby **STAYED.**

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case. The Parties are **DIRECTED** to file a Joint Status Report or dismissal papers no later than September 24, 2018.

SO ORDERED.

Signed August 22, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE