IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPHMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 3:17-cv-2805-K<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant ZTE (USA), Inc. ("ZTE"), hereby state that they have finalized their agreement settling matters in controversy between them. Accordingly, CCE and ZTE stipulate to the dismissal of all of their claims against one another in the above-captioned case WITH PREJUDICE.

CCE also seeks to dismiss its claims against Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") that were severed and stayed from the above-captioned case (*see* ECF 78) WITH PREJUDICE solely to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for ZTE that are the subject of the CCE-ZTE settlement agreement. The Carrier Defendants do not oppose.

CCE and ZTE ask that the Court enter the attendant proposed Order of Dismissal, with

each party to bear its own costs, expenses and attorneys' fees.

**Dated:  September 14, 2018**                    Respectfully submitted,

| | |
|---|---|
| /s/ Edward R. Nelson III<br>Edward R. Nelson III<br>ed@nbafirm.com<br>Texas State Bar No. 00797142<br>Ryan P. Griffin<br>ryan@ nbafirm.com<br>Texas State Bar No. 24053687<br>Thomas C. Cecil<br>tom@ nbafirm.com<br>Texas State Bar No. 24069489<br>Christopher G. Granaghan<br>chris@nbafirm.com<br>Texas State Bar No. 24078585<br>NELSON BUMGARDNER ALBRITTON P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone:  (817) 377-9111<br>Fax:  (817) 377-3485<br><br>**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC** | /s/ Keana Taylor<br>Everett Upshaw<br>State Bar No. 24025690<br>everettupshaw@everettupshaw.com<br>Keana Taylor<br>State Bar No. 24042013<br>keanataylor@upshawpllc.com<br>UPSHAW PLLC<br>1204 Gano Street<br>Dallas, Texas 75215<br>P: (972) 920-8000<br>F: (972) 920-8001<br><br>Nicole S. Cunningham<br>CA State Bar No. 234390<br>Steve A. Moore<br>CA State Bar No. 232114<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>(619) 544-3119<br>(619) 236-1995 (fax)<br>Nicole.Cunningham@PillsburyLaw.com<br>Steve.Moore@PillsburyLaw.com<br><br>Brian C. Nash (TX Bar No. 24051103)<br>brian.nash@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITMAN LLP<br>401 Congress Avenue, Suite 1700<br>Austin, TX 78701-3797<br>Phone: (512) 580-9609<br>Fax: (512) 580-9601<br><br>**ATTORNEYS FOR DEFENDANT ZTE (USA) INC.** |

## CERTIFICATE OF SERVICE

On September 14, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Edward R. Nelson III*

## CERTIFICATE OF CONFERENCE

The parties met and conferred about the relief requested in this motion via e-mail on September 10, 2018. The parties agreed to the relief requested in this motion, and therefore agreed to file this motion jointly. The motion is consequently unopposed.

*/s/ Edward R. Nelson III*